Mark Coburn
20 Bradston St
Boston MA
02118

CERTIFIED MAIL

9589 0710 5270 0661 7437 63

USPS
UNITED STATES
POSTAL SERVICE

RDC 99

02210

U.S. POSTAGE PAID
FCM LETTER
WINCHESTER, NH 03470
MAY 06, 2024
$9.21
R2304M114299-9

USMS SCREEN

District Court
1 Courthouse Way
Boston MA, 02210

Boston MA
02118

WINCHESTER, NH 03470
MAY 06, 2024

9589 0710 5270 0661 7437 87

02210
$9.21

RDC 99

R2304M114299-9

DA
1 courthouse Way
Boston Ma, 02210